# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2010

Marilyn Kelly,
Chief Justice

140937

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

BEVERLY DUFFY,
       Plaintiff-Appellant,

v

DEPARTMENT OF NATURAL RESOURCES
and STATE OF MICHIGAN,
       Defendants-Appellees.

SC: 140937
COA: 289644
Ct of Claims: 08-000094-MD

_____/

On order of the Court, the application for leave to appeal the March 9, 2010 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether the Little Manistee Trail is a "highway" within the meaning of MCL 691.1401(e), and, if it is, whether MCL 691.1402(1) exempts the state and the Department of Natural Resources from liability for maintaining a trailway that is not adjacent to any vehicular highway.

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2010

_____
Clerk

0908